**No. 41340.**—Protests 959899–G, etc., of North American Mercantile Co. et al. (Los Angeles).

Opinion by McClelland, P. J. In accordance with stipulation of counsel and on the authority of *Nozaki* v. *United States* (C. D. 61) the boxes in question were held free of duty as claimed.

**No. 41341.**—Protests 921538–G, etc., of Haas Bros. et al. (San Francisco).

Opinion by McClelland, P. J. In accordance with stipulation of counsel and on the authority of *Nozaki* v. *United States* (C. D. 61) the boxes in question were held free of duty as claimed.

**No. 41342.**—Protests 913880–G, etc., of K. Iguchi et al. (Providence).

Opinion by McClelland, P. J. In accordance with stipulation of counsel and on the authority of *Nozaki* v. *United States* (C. D. 61) the boxes in question were held free of duty as claimed.

**No. 41343.**—Protest 923583–G of Frederick J. Bruce, Inc. (New York).

Opinion by McClelland, P. J. On the authority of *United States* v. *Myers* (24 C. C. P. A. 156, T. D. 48640) the protest was sustained.

**No. 41344.**—Protest 944989–G of Nulomoline Co. (New York).

Opinion by Sullivan, J. On the record presented it was found that the claim in the protest was well founded and that certain drawback was not allowed. The protest was therefore sustained.

Before the Second Division, May 17, 1939

**No. 41345.**—Petition 5748–R of Hawley & Letzerich (Galveston).

Opinion by Tilson, J. On the record presented it was found that the entry was made without any intention to defraud the revenue or to conceal or misrepresent the facts of the case. The petition was therefore granted.

**No. 41346.**—Protest 984188–G of Herrmann & Jacobs, Inc. (New York).

Opinion by Kincheloe, J. It was stipulated that the merchandise consists of pile fabric face cloths similar to those the subject of Abstract 40753. The claim at 40 percent under paragraph 923 was therefore sustained.